IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARY HELLYER                                                                                                    PLAINTIFF

        v.                             Civil No. 11-5226

JAILER MICHAEL WRIGHT;
CORPORAL TOM MOVANEY
(believed to be Mulvaney);
and SHERIFF TIM HELDER                                                                              DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff, Gary Hellyer, pursuant to the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*.

When he filed this case, Plaintiff was advised that he had an obligation to keep the Court informed of his current address (Doc. 3). On October 12, 2011, Plaintiff advised the Court of a change in his address (Doc. 5). The address given was 11914 Plank Road, Rogers, Arkansas.

On March 1, 2012, mail addressed to the Plaintiff by the Court was returned as undeliverable with the notation return to sender. On March 6, 2012, Defendants filed a motion to dismiss (Doc. 16). Defendants indicate all mail they have sent to the Plaintiff at the Rogers, Arkansas, address since January has been returned as undeliverable.

Plaintiff has not been in contact with the Court. No other address is available. I therefore recommend that Defendants' motion to dismiss (Doc. 16) be granted and this case dismissed with prejudice based on the Plaintiff's failure to obey an order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 3rd day of April 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE