```
             IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**GARY HELLYER**                                                **PLAINTIFF**

     v.           Civil No. 11-5226

**JAILER MICHAEL WRIGHT;**
**CORPORAL TOM MOVANEY**
**(believed to be Mulvaney);**
**and SHERIFF TIM HELDER**                                      **DEFENDANTS**

## O R D E R

Now on this 30th day of April, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 19) to which no objections have been filed.  The Court has reviewed the Report and Recommendation and finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 19) is hereby **adopted *in toto*;** and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge' Report and Recommendation, plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to obey an order of the Court and failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                                     **/s/JIMM LARRY HENDREN**
                                                     JIMM LARRY HENDREN
                                                     UNITED STATES DISTRICT JUDGE